LAW OFFICE OF
**Nathaniel P. Nickele, P.L.L.C.**
Attorneys at Law
2200 E. Camelback Rd., Ste. 217
Phoenix, AZ 85016
Nat@nickelelaw.com

Tel: (602) 772-5165 / Fax: (602) 957-3595
Nathaniel P. Nickele, State Bar No. 026730
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| CHRISTOPHER STINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-17<br><br>    Defendant. | Case No.: 2:17-cv-01597-DLR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i)<br>Complaint Filed: May 16, 2017<br>Trial Date:        None |

Plaintiff Christopher, through counsel undersigned, gives Notice to the Court of his Dismissal Without Prejudice. This Dismissal has occurred before Defendant has served an Answer or Motion for Summary Judgment, so no further motion or stipulation is necessary for the Court to effectuate this Dismissal

**RESPECTFULLY SUBMITTED** this 15th day of August, 2017.

**LAW OFFICE OF NATHANIEL P. NICKELE, P.L.L.C**

By: */s/ Nathaniel Nickele*
    Nathaniel P. Nickele (SBN 026730)

Law Office of Nathaniel P. Nickele, P.L.L.C.
2200 E. Camelback Rd., Ste. 217
Phoenix, AZ 85016
Telephone: (602) 772-5165
Facsimile: (602) 957-3595
*Attorney for Plaintiff*
CHRISTOPHER STINSON

**CERTIFICATE OF SERVICE**

☒     I hereby certify that on August 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.  A copy of this document was also delivered to the following party:

**AKERMAN LLP**
ASHLEY E. CALHOUN
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Email: ashley.calhoun@akerman.com

**Attorney for Defendant**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nathaniel Nickele*
　　　　　　　　　　　　　　　　　　　　　　　Nathaniel Nickele